# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

KEVIN J. MUELLER
(DOB: 12/09/1961)

**CRIMINAL COMPLAINT**

CASE NUMBER: 22-M- 666

I, Michael Sewall, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief. That on or about May 16, 2022, in the State and Eastern District of Wisconsin, Kevin J. Mueller, did commit a violation of Title 18, United States Code, Section 2422(b) "use of a computer to attempt to entice a minor to engage in sexual activity." Further, that he did so while required to register as a sexual offender in the State of Wisconsin in violation of Title 18, United States Code, Section 2260A.

I further state that I am a Task Force Officer with the Federal Bureau of Investigation, and this complaint is based on the following facts:

Please see the attached affidavit.

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

Signature of Complainant
Michael Sewall

Sworn to before me and subscribed in my presence,

May 16, 2022
Date

at: Green Bay, Wisconsin
City and State

The Honorable James R. Sickel
United States Magistrate Judge

**Name & Title of Judicial Officer**

Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, MICHAEL SEWALL, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an Investigator with the Winnebago County Sheriff's Office and a Federal Task Force Officer with the Federal Bureau of Investigation (FBI), and have been so employed since October 2017. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request search and arrest warrants. I am currently assigned to the FBI Milwaukee Division, and am a member of the Milwaukee Child Exploitation and Human Trafficking Task Force. I am authorized to investigate violent crimes against children, to include the distribution of child sexual abuse material.

2. I have received training related to the investigation and enforcement of federal child pornography and child exploitation laws. As a result of this training and my experience, I am familiar with the methods by which electronic devices are used as the means for receiving, transmitting, possessing, and distributing images and videos depicting minors engaged in sexually explicit conduct (hereafter referred to as "child pornography"). I have also received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, electronic device evidence identification, electronic device evidence seizure and processing, and various other criminal laws and procedures.

3. The facts in this affidavit come from my personal observations, training, experience, and/or information obtained from other law enforcement officers and/or witnesses.

This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about 05/16/2022 KEVIN MUELLER DOB: 12/09/1961 used the Kik account "wisckev" to attempt to entice a minor to engage in sexual activity by use of a computer in violation of 18 U.S.C. § 2422(b) and doing so while being required to register as a sexual offender in violation of 18 U.S.C. § 2260A.

5. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. I have attempted to set forth only the facts I believe are pertinent to establishing the necessary foundation for the complain and corresponding arrest warrants.

## BACKGROUND ON KIK MESSENGER

6. Kik Messenger ("Kik") is an instant messaging application for mobile devices, including cellular telephones. The application is available on most iOS, Android, and Windows phone operating systems free of charge. Kik uses a cellular telephone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, sketches, mobile webpages, linked internet files and other content.

7. Kik subscribers obtain an account by registering with Kik. During the registration process, Kik asks subscribers to provide basic personal information and to select a username. During this process, Kik registers date, time, internet protocol (IP) address and device related information. The username is the only unique identifier used by Kik. According to the Kik Law Enforcement Guide, a Kik username is unique, can never be replicated and can never be changed.

## DETAILS OF THE INVESTIGATION

8. On 05/06/2022, I was operating in an undercover capacity utilizing Kik Messenger. I was posing as an adult female with a 13 year old daughter. At approximately 8:18 am CT, I was private messaged, via a facility and means of interstate commerce, by a user with username wisckev and profile name Kevin Mueller. The user stated "hello mom that's the daughter in the pfp?". I informed the user that it was and continued on to ask "Asl?" I am aware that "Asl" means "a sex location." The user replied "60 m Wisconsin". I told the user that I was also in Wisconsin and that I lived "near Oshkosh hbu". The user replied "I live right in Oshkosh".

9. I then stated "I forget what group we are in together" and the user replied "think a room about daughters". The user then went on to send two images of an adult's penis. The user asked if I liked the pictures he had sent and I replied "I'm more into little girls [laughing emoji]", "That's why I'm in the daughters group too". The user then asked "you have a daughtercmom ?" and I replied "Ya", "She's 13 almost 14". The user then asked "any pics of her?", "do anything with her?". I informed the user that I used to but because of hormones she is now into men. The user then asked again for a picture of the daughter and I proceeded to send UC Image 1. I asked the user "What ages u into?" and the user replied "from 10 to 18". I asked if the user had any experience and the user replied "no I wish ." The user then asked "so you dont do anything at all now with her?" and I replied "No I don't want to confuse her at all". The user then asked "did you let men have sex with her when younger" and I replied "Couple years now". The user then asked "what they do with her?" and I replied "Haha take a guess". The user replied "everything","they take her cherry,?". I replied "Lol yup".

10. On 05/09/2022 at approximately 8:19 am CT the user sent an image of a Caucasian male whom he claimed to be himself. The male appeared to be approximately 60

years old, has white/gray hair and a mustache. The individual was also wearing glasses. The user then asked "see more of her?", "she keep her pussy bare mom?". The user then brought up sexual contact with the 13 year old daughter for the first time asking "would you like to see my fuck your daughter?" I replied "That would be hot", "Where would this go down?". The user replied "your hiuse?", "house", "I can do her bare back and cum in her". The user went on to say "fuck all her holes.", "she into anal sex?". I informed the user she had never done that before. The user then stated "want her to take it in her ass?", "watch her take it balls deep?".

11. The user asked "how young you like" and I replied "All ages hbu" and the user went on to say "ssme". The user went on to say "think you should show her my cock before I come to your house?", "see if she wants to try it?". The user then sent four pictures of an adult's penis. The user then asked "want to watch her take it?" and I replied "Ya I do", "When u thinkin". The user replied "maybe this weekend?", "Thursday", "Or Monday ??". I replied "Monday would be best I can take her outa school then". It was established that the meet would take place on 05/16/2022. The user then asked "going to show her my cock when she gets home?" and I replied "Ya". The user then sent two live pictures of an adult's penis and stated "bet she can suck good cock?", "she swallow cum?", "going to tell her I want to take her anal cherry?". The user continued to talk about the sexual contact with the daughter asking "will you clean her ass out before I fuck it?", "giver he a enema?". The user then asked if I could get lube. The user continued to ask if I showed the daughter the pictures of his penis and I informed him that I did and that she loved it.

12. The user then confirmed the meet date asking "Monday then??" I then sent the user a live UC image proving I was a "female".

13. The user's background image in his profile was of a gray Ford F150. I conducted a

search for the name Kevin Mueller and located an individual living in Oshkosh at 806 8th Avenue. On 05/11/2022, I conducted surveillance at this address and was able to visually identify a gray Ford F150 with Wisconsin plate ALG3108. I took multiple photographs of the vehicle.

14. A search of Wisconsin Department of Corrections Sex Offender Registry for the name Kevin Mueller with DOB:12/09/1961 produced a positive match. The information available stated that MUELLER is a life registrant from a case from 1989 of First-Degree Sexual Assault. The image of MUELLER matches the image sent by the user via Kik Messenger. The address and vehicle information also match what have been established via open source searches and surveillance on the residence.

15. On 05/11/2022, the user asked "So going to watch the daughter with me?" and I replied "Yes". The user went on to ask "watch my cock stuff her full", "watch me eat her pussy", "lick her clitty with my tongue", "be her clitty is nice to eat". I replied "Remember u need to be kinda gentle she's only 13" and the user replied "ah ok.", "I will". The user continued to talk about what he was going to do saying "I wanna cum deep in her", "cum in her doing her doggie style", "let her feel all my cock in her", "I might hit her cervix when I fuck her".

16. On 05/12/2022, the user continued on asking "want to see my cream cum in her mom?", "she have nice nipples to suck and lick on ?". The user went on to ask "1st question is why haven't you shown me naked pics of her.?", "2nd question can you have her eat your pussy as I fuck her doggie?". I told the user "First one I don't send naked pics of her to anyone to be safe" and the user replied "can I see just one naked on please?", "mom just one thats all and I will delete it right away. I promise", "want to make sure this is a true meet up.".

17. On 05/15/2022, the user asked "is daughter excited for tomorrow?" and I replied

"She's excited", "No school for her either lol". The user continued to ask "will I be the biggest cock going in her then?", "who was the first two cocks she took?".

18. On 05/16/2022, the user suggested to meet at the Winnebago County Park. I informed the user that I was out getting gas and that I was looking for lube because he had requested it in previous conversations. The user then stated "get water-based lube" to which I replied "Why water based".

19. At approximately 10:30 a.m. on 05/16/2022, Kevin J. Mueller arrived at the arranged meeting point and was arrested by myself and fellow law enforcement officers.

## CONCLUSION

20. Based on the foregoing, there is probable cause to believe that Kevin Mueller has utilized the Kik username "wisckev" to attempt to entice a minor to engage in sexual activity by use of a computer in violation of 18 U.S.C. § 2422(b) and doing so while being required to register as a sexual offender in violation of 18 U.S.C. § 2260A.

Task Force Officer Michael Sewall
Federal Bureau of Investigation

Sworn and subscribed before me

This 16th day of May

UNITED STATE MAGISTRATE JUDGE